CAUSE NO. 2008-CR-9408-W2

EX PARTE:

73,971-05

STEVEN MITCHELL GARY

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 16 2015

Abel Acosta, Clerk

APPLICANT

With the authority of article 28.13 of the Texas Code of Criminal Procedures, a former Judgement of acquittal or conviction in a court of competent Jurisdiction shall be a bar to any further prosecution for the same offense, but shall not bar a prosecution for any higher grade of offense over which said court had not Jurisdiction, unless such Judgement was had upon Indictment or information, in which case the prosecution shall be barred for all Grades of the offense.

At the time of this conviction applicant was not habitual offender also Applicant was charged with a State Jail felony in which should not have been enhanced due to Henry V. State APP 1 DIS 1996 916 S.W. 2d 57.

Conclusion, applicant should have never been sentenced to T.D.C. applicants counselor should have reviewed plea for to make sure It was legal attorney did not and prosecution gave an Illegal Sentence. Applicant should be Granted all relief he Is entitled to due to an Illegal Sentence.

Respectfully Submitted.

STEVEN M. GARY.